IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
GLENN MCDANIEL,                             :           CIVIL ACTION
             Petitioner,     :
:
   v.                                       :
:
JAMIE SORBER, et al.,                       :           NO. 21-738
            Respondent.    :
:
_____:

## ORDER

**AND NOW**, this 4th day of October 2022, upon independent consideration of Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1), the Government's Response (Doc. No. 26), and the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 27), it is **ORDERED** that:

1.    The Report and Recommendation (Doc. No. 27) is **APPROVED** and **ADOPTED**.

2.    The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

3.    A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, there has been no substantial showing of the denial of a constitutional right.  See 28 U.S.C. § 2253(c)(2).

4.    The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


    /s/ Joel H. Slomsky
    _____
    JOEL H. SLOMSKY, J.