IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN MCDANIEL, | : |
|              Petitioner, | : |
| | : CIVIL ACTION |
| v. | : NO. 21-738 |
| | : |
| JAMIE SORBER, et al., | : |
|              Respondents. | : |

**ORDER**

**AND NOW**, this 17th day of July 2023, upon consideration of Petitioner Glenn McDaniel's pro se Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1), Magistrate Judge Elizabeth T. Hey's Report and Recommendation (Doc. No. 27) and Petitioner's Objections to the Report and Recommendation (Doc. No. 34), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Petitioner's Objections to the Report and Recommendation (Doc. No. 34) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 27) is **APPROVED AND ADOPTED**.

3. Petitioner's pro se Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1) is **DENIED**. A certificate of appealability will not issue in this case because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

4. Petitioner is not entitled to an evidentiary hearing on his claims.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.